**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SYLVIA PERKINS, as Personal Representative
of the Estate of BOBBY MOORE III, deceased,                                    PLAINTIFF

V.                              CASE NO.: 4:15-CV-310 BSM

JOSHUA HASTINGS, et al.,                                                             DEFENDANTS

**PLAINTIFF'S MOTION TO UNSEAL DOCUMENT NO. 55**

NOW COMES, Plaintiff, SYLVIA PERKINS, Personal Representative of the Estate of BOBBY Moore III, deceased, by and through her attorneys, and for her Motion to Unseal Document #55, states as follows:

Plaintiff requests that this Court issue an order in the above-captioned matter which allows the Eastern District of Arkansas' Clerk's Office to provide a copy of Document #55 to Plaintiff for inclusion in her appellate submission, which is due next month.  Plaintiff files herewith her supportive brief, as well as a proposed draft of such an order, labeling the latter Exhibit A.

WHEREFORE, Plaintiff, SYLVIA PERKINS, Personal Representative of the Estate of BOBBY MOORE III, deceased, prays that this Honorable Court grant her Motion to Unseal Document #55, and whatever other relief the Court deems appropriate and just.

                Respectfully submitted,

                /s/ Michael J. Laux
                Michael J. Laux
                E. Dist. Arkansas Bar No. 6278834
                One of the Attorneys for PLAINTIFF
                400 W. Capitol Avenue, Suite 1700
                Little Rock, AR 72201
                Telephone: (501) 242-0750
                Facsimile: (501) 372-3482
                E-mail: mlaux@walkuplawoffice.com

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SYLVIA PERKINS, as Personal Representative       PLAINTIFF
of the Estate of BOBBY MOORE, III, deceased

V.                    CASE NO. 4:15-CV-310 BSM

CITY OF LITTLE ROCK, *et al.*,            DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Mr. John L. Wilkerson<br>Ms. Amanda LaFever<br>Arkansas Municipal League<br>301 W. 2nd St.<br>North Little Rock, AR 72114<br>jwilkerson@arml.org<br>alafever@arml.org | Mr. M. Keith Wren<br>Wren Law Firm<br>11300 Executive Center<br>Little Rock, AR 72211<br>mkwren@wrenlawfirm.com |

/s/ Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
One of the Attorneys for PLAINTIFF
LAUX LAW GROUP
400 W. Capitol Avenue, Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
E-mail: mlaux@walkuplawoffice.com