**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SYLVIA PERKINS, as Personal Representative
of the Estate of BOBBY MOORE III, deceased,                              PLAINTIFF

V.                    CASE NO.: 4:15-CV-310 BSM

JOSHUA HASTINGS, et al.,                                                 DEFENDANTS

### BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO UNSEAL DOCUMENT NO. 55

NOW COMES, Plaintiff, SYLVIA PERKINS, Personal Representative of the Estate of BOBBY Moore III, deceased, by and through her attorneys, and for her Motion to Unseal Document #55, states as follows:

1. Plaintiff is in the process of drafting her appellate brief, challenging the grant of summary judgment by this Court on behalf of Defendants, Stuart Thomas and the City of Little Rock. See Doc. #74. Defendants' Document #55, which is their Brief in Support of Motion for Summary Judgment, is included in Plaintiff's Appellate Appendix. See Doc. #55.

2. On December 14, 2015, the Court entered Defendants' proposed protective order. See Doc. #25. On October 31, 2016, in moving for summary judgment, Defendants filed Document #55 conventionally, but then, a week and a half later, filed a motion for it to be sealed. See Doc. #57. The Court granted the motion the following day, ordering Document #55 sealed. See Doc. #59.

3. This week Plaintiff contacted the Eastern District of Arkansas' Clerk's Office to request that a copy of Defendants' Document #55 be provided for inclusion in Plaintiff's Appendix, but was told by the Clerk's Office that, despite being a party to the above-captioned matter, Plaintiff is not entitled to a copy of Document #55 without a court order because the document is sealed.

4. Plaintiff contacted defense counsel to request a copy of Document #55 in good faith, but counsel has not received a call back or email providing the document, despite knowledge of Plaintiff's request. Time is of the essence as Plaintiff is currently required to file her Appellate Brief and Appendix on or before August 11, 2017.

5. Therefore, Plaintiff requests that this Court issue an order which allows the Eastern District of Arkansas' Clerk's Office to unseal Document #55, and provide a copy of Document #55 to Plaintiff for inclusion in her appellate submission. Plaintiff attaches a proposed draft of such an order, labeling it Exhibit A.

WHEREFORE, Plaintiff, SYLVIA PERKINS, Personal Representative of the Estate of BOBBY MOORE III, deceased, prays that this Honorable Court grant her Motion to Unseal Document #55, and whatever other relief the Court deems appropriate and just.

Respectfully submitted,

/s/ Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
One of the Attorneys for PLAINTIFF
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (425) 391-6965
E-mail: mlaux@walkuplawoffice.com

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SYLVIA PERKINS, as Personal Representative                                    PLAINTIFF
of the Estate of BOBBY MOORE, III, deceased

V.                              CASE NO. 4:15-CV-310 BSM

CITY OF LITTLE ROCK, *et al.*,                                                DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Mr. John L. Wilkerson<br>Ms. Amanda LaFever<br>Arkansas Municipal League<br>301 W. 2nd St.<br>North Little Rock, AR 72114<br>jwilkerson@arml.org<br>alafever@arml.org | Mr. M. Keith Wren<br>Wren Law Firm<br>11300 Executive Center<br>Little Rock, AR 72211<br>mkwren@wrenlawfirm.com |

                              /s/ Michael J. Laux
                              Michael J. Laux
                              E. Dist. Arkansas Bar No. 6278834
                              One of the Attorneys for PLAINTIFF
                              650 California Street, 26th Floor
                              San Francisco, CA 94108
                              Telephone: (415) 981-7210
                              Facsimile: (425) 391-6965
                              E-mail: mlaux@walkuplawoffice.com