**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SYLVIA PERKINS, as Personal Representative**                          **PLAINTIFF**
**of the Estate of BOBBY MOORE III**

**v.**                          **CASE NO. 4:15-CV-00310 BSM**

**JOSHUA HASTINGS**                          **DEFENDANT**

## ORDER

Plaintiff Sylvia Perkins's first motion for attorney fees and costs [Doc. No. 141] is granted in part.

Perkins requests $430,131.79 in attorney fees and costs as the prevailing party pursuant to 42 U.S.C. section 1988. Doc. No. 141, at 3. Perkins seeks attorney fees for her lawyers, Mike Laux and Austin Porter, in the amount of $301,627.50. This is based on Laux's billings of $325 per hour for 772.2 hours and Porter's billings of $350 per hour for 144.75 hours. *Id.* These fees are reasonable and are therefore granted.

Perkins requests the reimbursement of $128,504.29 in costs, which includes $47,546.14 in "expert witness fees and costs." *Id.* Costs are granted in the amount of $80,958.15. Perkins's request for expert witness fees and costs, however, is denied because those costs are not authorized by 42 U.S.C. section 1988. *W. Virginia Univ. Hosps., Inc. v. Casey*, 499 U.S. 83, 102 (1991) ("§ 1988 conveys no authority to shift expert fees"); *Jenkins by Jenkins v. State of Mo.*, 158 F.3d 980, 983 (8th Cir. 1998) ("Congress amended § 1988 after *Casey* to authorize the award of expert fees in cases brought under 42 U.S.C. §§ 1981 and 1981a, but that amendment does not affect this section 1983 case") (internal citations

omitted); *Wedemeier v. City of Ballwin, Mo.*, 931 F.2d 24, 27 (8th Cir. 1991) (explaining that *Casey* forecloses the argument that entire expense for services of experts may be shifted under 42 U.S.C. section 1988).

Accordingly, Perkins is granted $382,585.65 in attorney fees and costs.  Perkins, however, is permitted to supplement her motion to provide authority for her request for the reimbursement of expert witness fees and costs.

IT IS SO ORDERED this 20th day of October 2017.


_____
UNITED STATES DISTRICT JUDGE

2